584 A.2d 216
STATE OF NEW JERSEY v. CHARLES S. HAMILTON.

May 15, 1990.

Petition for certification denied.

584 A.2d 216
STATE OF NEW JERSEY v. JESUS L. KING.

May 15, 1990.

Petition for certification denied.

584 A.2d 216
STATE OF NEW JERSEY IN THE INTEREST OF
L.E.W., A JUVENILE.

May 15, 1990.

Petition for certification denied. (See 239 *N.J.Super.* 65, 570 *A.*2d 1019)

584 A.2d 216
STATE OF NEW JERSEY v. N.D.

May 15, 1990.

Petition for certification denied.